9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOYAN DING,

        Plaintiff,

v.

UR M. JADDOU, Director, U.S. Citizenship and
Immigration Services, *et al.*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/22

No. 22 Civ. 5656 (CM)

**MOTION TO SEAL AND REDACT**

[Handwritten annotations: Plaintiff may file a redacted version of Dkt #2. Entry filed redacts personal identifiers (date of birth, social security numbers). Nothing else may be redacted. Dkt #2 shall be permanently sealed. 9/26/2022]

    **COMES NOW** Plaintiff, Boyan Ding, by and through undersigned counsel, and respectfully requests that this Honorable Court permanently seal, and allow Plaintiff to file the redacted version of SDNY CM/ECF **Docket Entry # 2**, "COMPLAINT IN THE NATURE OF MANDAMUS against Ur Mendoza Jaddou, Alejandro Mayorkas, Patricia A. Menges, Tracy Renaud, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, Michael Valverde. Document filed by Boyan Ding. (Attachments: # 1 Exhibit Mandamus Exhibits). (Alexandre, Felipe) (Entered: 07/01/2022)".

    Plaintiff, through counsel, respectfully requests that the Court also permanently seal the Attachments to **Docket Entry # 2,** "Attachments: # 1 Exhibit Mandamus Exhibits".

    Counsel for Plaintiff inadvertently failed to file a redacted version of **Docket Entry # 2**, including attachments, pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure. Counsel for Plaintiff only recently became aware of this error and expeditiously prepared this motion. The filings include personal identifiers, such as dates of birth and social security numbers. A grant of this motion would allow Plaintiff's counsel to file a redacted version of the Complaint and Exhibits from **Docket Entry # 2** in compliance with the rules. Plaintiff's counsel apologizes to the Court for above-mentioned oversight.

    This is the first such request made by Plaintiff in the above-captioned matter. Counsel for

MEMO ENDORSED

the Defendants consents to this request.

**WHEREFORE**, Plaintiff, through undersigned counsel, respectfully requests that this Honorable Court grant this Motion to Seal Docket Entry #2 and allow Plaintiff to file a redacted version of the Complaint and Exhibits.

Dated: Flushing, New York
September 21, 2022

Respectfully submitted,

/s/Felipe Alexandre
Felipe Alexandre, Esq.
***Alexandre Law Firm, P.C.***
136-20 38th Avenue, Suite 10F
Flushing, NY 11354
Telephone: (718) 305-1660

Fascimile: (407) 370 6970